

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00882-CV

**IN RE TENNESEE GAS PIPELINE COMPANY, INC.**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Rebeca C. Martinez, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: January 16, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On November 20, 2018, relator filed a petition for writ of mandamus and the real parties in interest filed a response. After considering the petition and the response, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 17-03-17323-CV, styled *Juan Perez, Jr. and Rose Perez v. Tennessee Gas Pipeline Co., Inc.*, pending in the 79th Judicial District Court, Brooks County, Texas, the Honorable Richard C. Terrell presiding.